IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) ) | |
| UNITED PARCEL SERVICE, INC. | ) ) | COMPLAINT |
| Defendant. | ) | JURY TRIAL DEMAND |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices and to provide appropriate relief to Joseph Kosloski who has been adversely affected by such practices. The Commission alleges that Defendant United Parcel Service, Inc. ("Defendant Employer") failed to reasonably accommodate Mr. Kosloski's sincerely held religious beliefs.

JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for Western District of Tennessee, Western Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Employer has continuously been a Tennessee corporation doing business in the State of Tennessee and the City of Bartlett and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Joseph Kosloski filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least August 2005, Defendant Employer has engaged in unlawful employment practices at its facility located in Bartlett, Tennessee, in violation of Section 703 of Title VII, 42 U.S.C. § 2000e-2.

8. These unlawful employment practices include refusing to accommodate Mr. Kosloski's sincerely held religious beliefs that he could not work past sunset on his Sabbath.

9. Mr. Kosloski has worked for 17 years as a package delivery driver at Defendant Employer's Bartlett, Tennessee facility.

10. Mr. Kosloski notified Defendant Employer in December 2000 that he was a

member of the United Church of God whose beliefs include a prohibition against work from sunset Friday to sunset Saturday.

11. Mr. Kosloski was accommodated from 2000 until 2005 and was not required to perform work on his Sabbath.

12. After facility management in Bartlett changed in 2005, Defendant ceased efforts to accommodate Mr. Kosloski and advised him that he was to finish his route regardless of his religious beliefs or he would be terminated for job abandonment.

13. When a medical condition prevented Mr. Kosloski from performing his job as driver, Defendant offered Mr. Kosloski only a non-driving job that conflicted with his religious beliefs.

14. Mr. Kosloski was forced to take short-term disability leave for his medical condition, instead of performing a full-time non-driving job, to avoid violating his religious beliefs.

15. The effect of the practices complained of above has been to deprive Joseph Kosloski of equal employment opportunities and otherwise adversely affect his status as employees, because of his religion.

16. The unlawful employment practices complained of above were intentional.

17. The unlawful employment practices complained of above were, and are, done with malice or with reckless indifference to the federally protected rights of Joseph Kosloski.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in

any employment which discriminates because of religion.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for employees with sincerely held religious belief which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Joseph Kosloski by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant Employer to make whole Joseph Kosloski by providing compensation for past pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial.

E. Order Defendant Employer to make whole Joseph Kosloski by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of above, including emotional distress, pain and suffering, embarrassment, humiliation and loss of enjoyment of life, in amounts to be determined at trial.

F. Order Defendant Employer to pay Joseph Kosloski punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

**RONALD S. COOPER**
General Counsel

**JAMES L. LEE**
Deputy General Counsel

**GWENDOLYN YOUNG REAMS**
Associate General Counsel


s/ Faye A. Williams (with permission CSL)
**FAYE A. WILLIAMS**
Regional Attorney
Tennessee Bar No. 011730


s/ William A. Cash, Jr. (with permission CSL)
**WILLIAM A. CASH, JR.**
Supervisory Trial Attorney
Arkansas Bar No. 88018


s/ Celia S. Liner
**CELIA S. LINER**
Senior Trial Attorney
Arkansas Bar No. 90183

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
1407 Union Avenue, Suite 901
Memphis, Tennessee  38104
Telephone No. (901) 544-0075